UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| STEVEN D. HALFHILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:04-cv-0296-JDT-WGH |
| | ) |
| NORTHEAST SCHOOL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

The Defendant's Motion for Summary Judgment (Document No. 31) is

**GRANTED**, and **JUDGMENT** is now entered in favor of the Defendant and against the

Plaintiff. Costs are awarded to the Defendant.

ALL OF WHICH IS ORDERED this 6th day of April 2006.


Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By Evelyn A. Hollins, Deputy Clerk

-1-

Copies to:
John P. Daly Jr.
CONOUR LAW FIRM
jpd@tortsurfer.com

Robert Peter Kondras Jr.
HUNT HASSLER & LORENZ LLP
kondras@huntlawfirm.net

Mark Leo Reed
REED & SPRINGER
kate7373@msn.com

Ronald J. Semler
STEPHENSON MOROW & SEMLER
rsemler@stephlaw.com

James S. Stephenson
STEPHENSON MOROW & SEMLER
jstephenson@stephlaw.com